190 So.2d 911

**Max EVANS et al.**

v.

**ALL–SPORTS, INC.**

No. 48418.

Oct. 21, 1966.

In re: All-Sports, Inc., applying for writs of review, certiorari, mandamus and/or prohibition.

Writs refused. The showing made in the application is insufficient to justify an exercise of our supervisory jurisdiction.

190 So.2d 911

**Mrs. August Christine JONES**

v.

**SOUTHERN GENERAL INSURANCE COMPANY.**

No. 48370.

Oct. 21, 1966.

In re: Southern General Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 188 So.2d 715.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.